Thomas J. Schiraldi
4701 West Ave.
Ocean City, NJ. 08226

April 29, 2020

To: Honorable Robert B. Kugler

RECEIVED
MAY 11 2020
AT 8:30
WILLIAM T. WALSH CLERK M

Your Honor:

I am writing you in reference to Mr. James Wildman. I have known Jim for over eight years. I have worked with him as a maintence man where we worked together off and on over the years as I am a outside contractor.

I found Jim to be conscientious, honest and always ready to lend a hand. Jim was given the opportunity to make additional income by selling pharmaceuticals. He was a pawn being used by others. This is because he was a public employee.

I know this is a horrible situation, but, I do not believe it was Jim's intent to deceive anyone. Thank you for your time and consideration.

Sincerely,
Thomas J Schiraldi



Mr. Thomas J. Schiraldi
4701 West Ave.
Ocean City, NJ 08226-1411



04 MAY 2020 PM 4 L

Honorable Robert B. Kugler
U.S.D.J. Mitchell
S. Cohen Building & US Court House
4th and Cooper Street
Room 1050
Camden, New Jersey   08101

RECEIVED
MAY 1 1 2020
AT 8:30_____M
WILLIAM T. WALSH CLERK

RECEIVED
MAY - 6 2020
AT 8:30_____M
WILLIAM T. WALSH
CLERK

08101 $9999