UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

October 6, 2020
**DATE OF PROCEEDINGS**

**JUDGE: ROBERT B. KUGLER**

**COURT REPORTER:**   CARL NAMI, JR.

**OTHERS:** Joseph DaGrossa, U.S. Probation

**Docket #**   CR 1:18-00699-001 (RBK)

**TITLE OF CASE**:
UNITED STATES OF AMERICA
            vs.
JAMES WILDMAN
        DEFENDANT PRESENT

**APPEARANCE:**
Christina Hud, AUSA, and David Walk, AUSA, for USA
Mark Roddy, Esq., for Defendant

**NATURE OF PROCEEDINGS:**   SENTENCING HEARING ON 1-COUNT INFORMATION

SENTENCE:   Imprisonment for 46 months
SUPERVISED RELEASE:   3 years w/special conditions
FINE: waived.
SPECIAL ASSESSMENT: $100.00.

Defendant advised of right to appeal.
Court recommends that the BOP designate defendant to a facility close to his home address.
Ordered defendant shall surrender to the designated institution on a date and time to be determined by the Bureau of Prisons.

Time commenced: 2:05PM     Time Adjourned: 3:15PM          Total Time: 1:10

Lawrence MacStravic
**cc: Chambers**                                                                 DEPUTY CLERK